IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WILLIE WESLEY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 109-144 |
| ) | |
| ELAINE JOHNSON, the Clerk of the ) | |
| Superior Court of Richmond County, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's Motion to Dismiss for Want of Prosecution (doc. no. 64) is **DENIED** without prejudice. Should Plaintiff persist in his refusal to participate in discovery or otherwise prosecute this case, Defendant may move for dismissal on that basis at the appropriate time.

SO ORDERED this 21st day of December, 2010, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA