IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE WESLEY BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 109-144 |
| ELAINE JOHNSON, the Clerk of the Superior Court of Richmond County, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Motion for Extension of Time to Conduct Discovery and Motion for Leave to Untimely File [a] Reply to Defendant's Motion for Summary Judgment" are **DENIED AS MOOT** (doc. nos. 83-1, 83-2); Defendant's Second Motion to Dismiss is **GRANTED** (doc. no. 82); Plaintiff's case is **DISMISSED WITH PREJUDICE**; this civil action is **CLOSED**; and a judgment shall be **ENTERED** in favor of Defendant.

SO ORDERED this 8th day of March, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA